1
2
3
4
5
6
7

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEFFREY PAUL JACKSON, | Case No. 2:09-CV-00398-JAM-CMK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO DISMISS |
| CITY OF OROVILLE, KIRK TROSTLE, GIL ZARATE, BILL LAGRONE, JENNIFER McKENZIE, and DOES 1 through 20, | |
| Defendants. | |

Plaintiff and defendants, through their respective attorneys of record, stipulate and agree as follows:

1. Plaintiffs and Defendants have settled this case to their mutual satisfaction;
2. This case should be dismissed with prejudice pursuant to the terms of the settlement.

SO STIPULATED

Date: April 9, 2010

*/s/ Steven R. Yourke*
_____
Steven R. Yourke
Attorney for Plaintiff

Date: April 9, 2010

*/s/ Douglas R. Thorn*
_____
Douglas R. Thorn
Attorney for Defendants

STIPULATION AND ORDER TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court has considered and accepted the stipulation of the parties, and good cause appearing therefore, hereby dismisses this case with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED

DATED: May 4, 2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

-2-

STIPULATION AND ORDER TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com